# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: 12-MJ-00145-DLW |
| PAULETTE WADE | USM Number: |
| | Pro Se |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Plead guilty to Count I of the Information.

The defendant is adjudicated guilty of this offense:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. 1167(a) | Theft from Gaming Establishment on Indian Lands | April 27, 2012 | I |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

09/04/12
Date of Imposition of Judgment

s/David L. West
Signature of Judge

David L. West, U.S. Magistrate Judge
Name & Title of Judge

09/04/12
Date

DEFENDANT: PAULETTE WADE
CASE NUMBER: 12-MJ-00145-DLW                                    Judgment-Page 2 of 5

## UNSUPERVISED PROBATION

The defendant is hereby placed on unsupervised probation for a term of Six (6) Months.

The defendant shall not commit another federal, state, or local crime.

DEFENDANT: PAULETTE WADE
CASE NUMBER: 12-MJ-00145-DLW                                    Judgment-Page 2 of 5

DEFENDANT: PAULETTE WADE
CASE NUMBER: 12-MJ-00145-DLW                                    Judgment-Page 3 of 5

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| I | $25.00 | $0.00 | $0.00 |
| **TOTALS** | $25.00 | $0.00 | $0.00 |

DEFENDANT: PAULETTE WADE
CASE NUMBER: 12-MJ-00145-DLW                                                              Judgment-Page 4 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

Immediately.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment.